IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MA VANG,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-586-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case. On March 2, 2026, the Court ordered

Respondents to show cause why Ma Vang's application for a writ of habeas corpus should not be

granted. Mar. 2, 2026, Order 2, ECF No. 2. Respondents were to specify: the circumstances that

make Vang's removal likely, what concrete steps and obstacles remain to effectuate removal,

and the anticipated timeline for completion. *Id.* Respondents have now filed their Response,

ECF No. 3.

Vang was detained on February 9, 2026. Resp. Ex. A ("Tello Decl.") ¶ 16, ECF No. 3-1.

At that time, Respondents served Vang with a Notice of Revocation of Release. *Id.* ¶ 17. Then,

on February 16, Enforcement and Removal Operations ("ERO") El Paso submitted a travel

document request to the assigned Detention and Deportation Officer ("DDO") at ERO

Headquarters. *Id.* ¶¶ 19–20. Respondents state that once ERO headquarters "schedules a special

charter flight to Laos, the DDO will secure the travel document request from the Laotian

government." *Id.* ¶ 22. But, Respondents also state that there are currently "special charter

removal flights for Laotian nationals scheduled for March 15, 2026, and March 25, 2026." *Id.* ¶

23. On March 8, ERO EL Paso requested an update on the travel document request from the

DDO but did not receive a response.  *Id.* ¶ 26.  Thus, Respondents "cannot provide an exact timeline for Vang's removal."  *Id.* ¶ 27.

Based on this information, Vang's travel document request remains pending internally and has yet to be submitted to Laos for approval.  Respondents do not provide a timeline of when this request will be approved internally, much less submitted to Laos.  Nevertheless, as Respondents are currently undertaking efforts to effectuate Vang's removal, an additional opportunity to do so is warranted.  However, Respondents are cautioned that they must continue to take concrete steps to effectuate Vang's removal.

Accordingly, Respondents are **ORDERED** to **FILE** a status update by **no later than April 17, 2026**, specifying:

(1) Whether Vang's travel document request has been submitted to the DDO for approval, and if not, the anticipated timeline for submission;

(2) Whether Vang's travel document request has been approved by the DDO, and if not, the anticipated timeline for approval;

(3) Whether Vang's travel document request has been submitted to Laos, and if not, the anticipated timeline for submission; and

(4) Whether Laos has approved Vang's travel document request, and if not, the anticipated timeline for approval; and

(5) The anticipated timeline for Vang's removal from the United States.

2

3

**SO ORDERED**.

**SIGNED this 18th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

3