**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MA VANG,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-586-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On March 18, 2026, the Court ordered Respondents to file a status update on their efforts to effectuate Vang's removal. Mar. 18, 2026, Order, ECF No. 4. Respondents have now filed their Advisory, ECF No. 5.

On March 25, 2026, a Detention and Deportation Officer submitted Vang's travel document request to Laos. *Id.* Ex. A ("Tello Decl.") ¶ 4, ECF No. 5-1. On April 8, Laos approved the travel document request, and on April 13, Vang was scheduled for a removal flight. *Id.* ¶¶ 5–6. "The charter flight to Laos is scheduled within the next month." *Id.* ¶ 7.

Accordingly, Respondents are **ORDERED** to **FILE** a status update by **no later than June 1, 2026**, specifying whether Vang has been removed from the United States, and if not, what obstacles remain in effectuating his removal and the anticipated timeline to do so.

**SO ORDERED**.

**SIGNED this 20th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE